# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-04-CAR-CHW |
| JOHNATHAN EDWARD BROWN, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE

Before the Court is the Defendant Jonathan Edward Brown's Unopposed Motion to Continue [Doc. 50] the pretrial hearing in this case presently scheduled for January 11, 2023, and the trial, which is set to begin on January 23, 2023, in Athens, Georgia. On February 8, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Fentanyl and Possession with Intent to Distribute Cocaine and Fentanyl. On April 11, 2022, Defendant was arrested. Defendant was appointed counsel, pled not guilty at his arraignment, and was detained pending trial.

In the Motion, Defense Counsel represents addition time is needed to review over 2TB of discovery with Defendant and to engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's motion. The ends of justice served by granting a continuance outweigh the interests of Defendant and

the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in the miscarriage of justice. Thus, the Defendant's Unopposed Motion to Continue [Doc. 50] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the March 13, 2023, term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 30th day of December, 2022.

                                  s/ C. Ashley Royal_____
                                  C. ASHLEY ROYAL, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT